

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2019

No. 04-19-00082-CR

Ashleigh Nicole **HALL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 1, Bexar County, Texas
Trial Court No. 580147
Honorable Helen Petry Stowe, Judge Presiding

**ORDER**

We REINSTATE this appeal on the docket of this court. This appeal is DISMISSED.

It is so **ORDERED** on June 5, 2019.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court